**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name: Q'Max America. Inc., d/b/a Q' Max America Solutions, Inc., d/b/a Q'Max Solutions, d/b/a Q'Max Solutions, Inc. v. Screen Logix, LLC

Appellate case number: 01-15-00319-CV

Trial court case number: 2015-05002

Trial court: 125th District Court of Harris County

     Appellee Screen Logix's Motion to Dismiss the Interlocutory Appeal for Want of Jurisdiction is **DENIED**.

     It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                 X  Acting individually    ☐ Acting for the Court

Date: May 14, 2015